WESLEY M. MULLEN                     MULLEN P.C.
                                     THE METLIFE BUILDING
                                     200 PARK AVENUE | SUITE 1700
                                     NEW YORK, NY 10166

                                                December 23, 2019

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York      
40 Foley Square
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

VIA ECF & EMAIL

       Re:   Ricatto v. M3 Innovations Unlimited Inc.,
             No. 1:18-cv-8404-KPF

Your Honor,

I represent the Defendants in this case.

Pursuant to Rules 2.C and D of the Court's individual rules, I write to request that the deadline for the parties to provide a joint letter and proposed case management plan be extended by two weeks, to January 10, 2020.

The original due date is December 27, 2019. (ECF Doc. No. 40 at 30.) There has been no prior request for extension. The reason for the extension is my clients' request for accommodation of schedule and availability during the holiday.

Plaintiff's counsel consented to this request.

Respectfully,

Wesley M. Mullen

cc:    Mr. Jeffrey Cohen, Esq. (via email and CM/ECF)
       Mr. Scott Oberlander, Esq. (via email and CM/ECF)


Application GRANTED.

Dated:   December 26, 2019          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE

WMULLEN@MULLENPC.COM | (646) 632-3718