**WESLEY M. MULLEN**  **MULLEN P.C.**
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

March 4, 2020

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Failla_NYSDChambers@nysd.uscourts.gov

<u>VIA ECF & EMAIL</u>

    Re:  <u>Ricatto v. M3 Innovations Unlimited Inc.</u>,
           No. 1:18-cv-8404-KPF

Your Honor,

I represent the Defendants this case.

Pursuant to Rules 2.C and D of the Court's individual rules, I write to request that the status conference set for March 16, 2020, (ECF Doc. 56), be briefly adjourned.

Counsel for all parties are available for a status conference on any of March 24, 25, 26, and 31; and April 1 and 2.  Should those dates be unavailable I respectfully request adjournment to another date convenient for the Court.

There has been no prior request to adjourn this conference.  The reason for the request is that I will be on family holiday during school spring break from March 14 through 21. I am grateful to Plaintiff's counsel for his consent to this request.

Respectfully,

Wesley M. Mullen

cc:  Mr. Jeffrey Cohen, Esq. (via email and CM/ECF)

Application GRANTED.  The status conference currently scheduled for March 16, 2020, is hereby ADJOURNED to March 25, 2020, at 2:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    March 4, 2020        SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE