WESLEY M. MULLEN                                  MULLEN P.C.
                                              THE METLIFE BUILDING
                                        200 PARK AVENUE | SUITE 1700
                                              NEW YORK, NY 10166

                                                        May 19, 2020

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York       
40 Foley Square
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

<u>VIA ECF & EMAIL</u>

    Re:  <u>Ricatto v. M3 Innovations Unlimited Inc.</u>,
          No. 1:18-cv-8404-KPF

Your Honor,

I represent the Defendants in this case.

On behalf of all parties, pursuant to Rules 2.C and D of the Court's individual rules, and pursuant to the Case Management Plan, (the "CMO") (ECF Doc. 48 at 7 ), I write to request extension on consent of the following interim case deadlines:

| **Deadline** | **Original Date** | **Proposed New Date** |
|---|---|---|
| All fact discovery (CMO ¶ 7.e) | May 15, 2020 | September 14, 2020 |
| All expert discovery (CMO ¶ 7.f) | June 30, 2020 | October 30, 2020 |

The parties also jointly request that the pretrial conference scheduled for May 26, 2020, (<u>see</u> CMO at 7), be adjourned to a date after the new fact discovery deadline.

There has been no prior request to extend these dates. The reason for the request is that the parties' affairs have been disrupted by the COVID crisis, and those disruptions have resulted in substantial delays in document discovery. We are hopeful that an extension of the fact discovery deadline to September will make in-person depositions possible; furthermore, counsel for all parties have personal obligations in August that make an August discovery deadline impractical.

Mr. Cohen, counsel for Plaintiff, consents. I thank the Court for its attention to this request.

Respectfully,



Wesley M. Mullen

cc:  Mr. Jeffrey Cohen, Esq. (via email and CM/ECF)

                                     WMULLEN@MULLENPC.COM | (646) 632-3718

The Court notes that fact discovery was scheduled to close on May 15, 2020.  (Dkt. #48).  On May 19, 2020, four days after the close of fact discovery, the parties submitted this application for an extension of that deadline, as well as the deadline for expert discovery.  (Dkt. #61).  In the future, the parties are directed to bring discovery issues to the Court's attention before discovery deadlines have expired.  Nevertheless, in light of the COVID-19 pandemic, the parties application is GRANTED.  Fact discovery shall conclude on or before September 14, 2020, and expert discovery shall conclude on or before October 30, 2020.  No further extensions will be granted.

The pretrial conference currently scheduled for May 26, 2020, is hereby ADJOURNED to September 29, 2020, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     May 20, 2020              SO ORDERED.
           New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE