UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RICATTO, <br><br> Plaintiff, <br><br> -v.- <br><br> M3 INNOVATIONS UNLIMITED, INC., <br><br> Defendant. | 18 Civ. 8404 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On the record on February 23, 2021, the Court granted the parties' request to pursue cross-motions for summary judgment as to liability on Defendant's counterclaim. The Court declines to set a briefing schedule on the parties' proposed motions *in limine* until after resolution of the parties' anticipated cross-motions for summary judgment. Accordingly, the Court sets the following briefing schedule for the parties' cross-motions for summary judgment: The parties' respective motions for summary judgment and supporting papers shall be due on or by April 12, 2021, and the parties' responses shall be due on or by May 3, 2021.

SO ORDERED.

Dated: February 24, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge