UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RICATTO,<br><br>                     Plaintiff,<br><br>-v.-<br><br>M3 INNOVATIONS UNLIMITED, INC.<br><br>                     Defendant. | 18 Civ. 8404 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons discussed on the record on March 16, 2022, Defendant M3 Innovations Unlimited, Inc.'s motion for partial summary judgment is GRANTED, and Plaintiff Michael Ricatto's motion for summary judgment is DENIED.  The parties are directed to submit a joint status letter regarding next steps in this case on or before April 15, 2022.

    The Clerk of Court is directed to terminate the pending motions at docket entries 95 and 100.

    SO ORDERED.

Dated:   March 16, 2022
             New York, New York

                                                         KATHERINE POLK FAILLA
                                                         United States District Judge