UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RICATTO,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>M3 INNOVATIONS UNLIMITED, INC.,<br><br>                              Defendant. | 18 Civ. 8404 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this action shall commence on **January 31, 2023, at 9:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than **December 20, 2022**.  The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and pretrial memoranda of law (if any) by **January 6, 2023**.  Any opposition papers shall be filed by **January 13, 2023.**  Additionally, the parties are ORDERED to appear for a final pretrial conference on **January 19, 2023, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Moreover, the Court understands that Plaintiff wishes to file a *Daubert* motion challenging Defendant's expert.  (Dkt. #116).  The Court expects briefing on this issue as part of the parties' *in limine* practice set forth above.

2

SO ORDERED.

Dated: April 20, 2022
       New York, New York

                                                   KATHERINE POLK FAILLA
                                                   United States District Judge